# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IDT CORPORATION, | |
| Plaintiff, | |
|  | Civil Action No. 07-6080 (JAG) |
| v. |  |
|  | **ORDER** |
| TOURO COLLEGE, and TOURO UNIVERSITY, | **CLOSED** |
| Defendants. | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion to dismiss Count I of the Complaint[1], pursuant to FED. R. CIV. P.12(b)(6), by defendants Touro College, and Touro University (collectively "Defendants"); and it appearing that this Court has reviewed the parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 16th day of December, 2008,

ORDERED that Defendants' motion (Docket Entry No. 8) to dismiss, pursuant to FED. R. CIV. P. 12(b)(6), is GRANTED; and it is further

---

[1] This Court having dismissed Count I, the breach of contract claim against Touro College and Touro University, also dismisses Count II because in order to obtain declaratory relief Plaintiff must prevail on its breach of contract claim. Also, Summit Partners, the party against whom Count II seeks declaratory relief has been dismissed from this suit by order of this Court, dated May 15, 2008.

1

ORDERED that Plaintiff's claim for breach of contract against Touro College and Touro University is dismissed, with prejudice; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

                                                S/Joseph A. Greenaway, Jr.
                                                JOSEPH A. GREENAWAY, JR., U.S.D.J.