| | |
|---|---|
| Joseph P. LaSala, Esq.<br>William F. O'Connor, Jr., Esq.<br>**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962<br>Telephone # (973) 993-8100<br>Facsimile # (973) 425-0161 | Stephen Wagner, Esq.<br>Sari Kolatch, Esq.<br>Jed Lewin, Esq.<br>**COHEN TAUBER SPIEVACK & WAGNER P.C.**<br>420 Lexington Avenue, Suite 2400<br>New York, NY  10170<br>Telephone # (212) 586-5800<br>Facsimile # (212) 586-5095 |
| Attorneys for Plaintiff, IDT Corporation | |

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IDT CORPORATION,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**TOURO COLLEGE, TOURO UNIVERSITY, TOURO UNIVERSITY INTERNATIONAL and SUMMIT PARTNERS,**<br><br>    **Defendants.** | CIVIL ACTION NO.  07-6080-(JAG) |

_____

**CIVIL ACTION-NOTICE OF APPEAL**
_____

Notice is hereby given that plaintiff, IDT Corporation ("IDT"), in the above-captioned matter hereby appeals to the United States Court of Appeals for the Third Circuit from the Opinion and Order entered in this action on the 16th day of December, 2008, by the United States District Court for the District of New Jersey, granting defendants Touro College and Touro University's motion to dismiss Count I of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

1216248_2.DOC

                Respectfully submitted,

By:   /s Joseph P. La Sala
        Joseph P. La Sala, Esq.
        William O'Connor, Jr., Esq.
        **MCELROY, DEUTSCH, MULVANEY**
        & **CARPENTER, LLP**
        1300 Mount Kemble Avenue
        P.O. Box 2075
        Morristown, NJ 07962
        Telephone: (973) 993-8100
        Facsimile: (973) 425-0161

        -and-

        Stephen Wagner, Esq.
        Sari Kolatch, Esq.
        Jed Lewin, Esq.
        **COHEN TAUBER SPIEVACK & WAGNER P.C.**
        420 Lexington Avenue, Suite 2400
        New York, NY 10170
        Telephone # (212) 586-5800
        Facsimile # (212) 586-5095

        Attorneys for Plaintiff, IDT Corporation

Dated: January 6, 2009

1216248_2.DOC