UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-1130

IDT CORPORATION,
Appellant

v.

TOURO COLLEGE;
TOURO UNIVERSITY;
TOURO UNIVERSITY INTERNATIONAL;
SUMMIT PARTNERS

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 07-cv-06080)
District Judge: Honorable Joseph A. Greenaway, Jr.

Submitted Under Third Circuit LAR 34.1(a)
March 25, 2010

Before: RENDELL, FUENTES and CHAGARES, Circuit Judges.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on March 25, 2010. On consideration whereof, it is now here

      ORDERED and ADJUDGED by this Court that the Order of the District Court entered on December 17, 2008, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the Appellant.

                                   ATTEST:

                                   /s/Marcia M. Waldron,
                                 Clerk

Dated:       April 14, 2010